UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JAMES JOHNSON,**

        Plaintiff,

                                          Civil No.**08-13551**
                                          Hon. John Feikens

        v.

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on

8/28/2009, and noted that no objections were filed by either party,

        **IT IS ORDERED** that the Report is accepted and entered as the findings and

conclusions of this court.

                                      **s/John Feikens                  **
                                      John Feikens
                                      United States District Judge

Dated:  September 25, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 25, 2009.

s/Carol Cohron
Deputy Clerk